# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **THE COCA-COLA COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Case No. 1:17-CV-01233-ODE** |
| **CERTAIN UNDERWRITERS AT** ) | |
| **LLOYD'S,** ) | |
| Specifically Syndicate Nos. 4444 CNP, ) | |
| 4472 LIB, 2001 AML, 510 KLN, ) | **JURY TRIAL DEMANDED** |
| 1183 TAL, 1036 COF, and 9982 ANV ) | |
| Subscribing to ) | |
| Policy No. B0621M81009013, ) | |
| **and** ) | |
| ) | |
| **International Insurance Company of** ) | |
| **Hannover Ltd.,** ) | |
| Subscribing to ) | |
| Policy No. B0621M81009013 ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

THE COCA-COLA COMPANY ("Coca-Cola" or "Plaintiff"), by and through their undersigned counsel and pursuant to Local Rule 3.3, hereby submit "Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement."

(1) The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    (a) Plaintiff The Coca-Cola Company. No parent corporation and no publicly held corporation owns 10 percent or more of its stock.

    (b) Defendant Insurers. Upon information and belief, Certain Underwriters at Lloyd's, including Syndicate Nos. 4444, 4472, 2001, 510, 1183, 1036, and 9982, as well as International Insurance Company of Hannover Ltd., operate as and are owned by foreign-based insurers.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    (a) Anthony P. Tatum, Counsel for Plaintiff

    (b) Nicholas G. Hill, Counsel for Plaintiff

    (c) King & Spalding LLP, Counsel for Plaintiff

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Counsel for Plaintiffs:   Anthony P. Tatum
Nicholas G. Hill
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5138
Email: ttatum@kslaw.com
Email: nhill@kslaw.com

This 6th day of April, 2017.

/s/ Anthony P. Tatum
Anthony P. Tatum
Georgia Bar No. 306287
Nicholas G. Hill
Georgia Bar No. 744482
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA  30309
404-572-4600 (Phone)
404-572-5138 (Fax)
ttatum@kslaw.com
nhill@kslaw.com

*Attorneys for Plaintiff*